# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE, LLC,<br><br>　　　　　　　　　　　　　　PLAINTIFF,<br><br>　　　v.<br><br>MANNA TEXTILES, INC., et al.,<br><br>　　　　　　　　　　　　　　DEFENDANTS. | CASE NUMBER<br><br>CV 16-4295-DMG (JEMx)<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF** |

　　　This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

　　　IT IS ORDERED AND ADJUDGED that Plaintiff Desire, LLC recover of Defendants:

| | |
|---|---|
| Manna Textiles, Inc. | $150,000 |
| A.B.N., Inc. | $150,000 |
| Top Fashion of N.Y., Inc. | $150,000 |
| Pride & Joys, Inc. | $20,000 |
| 618 Main Clothing Corp. | $10,000 |

　　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. District Court

Dated:  September 29, 2017　　　　　　　　By ___/s/_____
　　　　　　　　　　　　　　　　　　　　　　Kane Tien, Deputy Clerk