**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DESIRE, LLC, a California Limited Liability Company,

Plaintiff,

v.

MANNA TEXTILES, INC. a New York Corporation; A.B.N. INC., individually and d/b/a "Wearever," a New York Corporation; TOP FASHION OF N.Y., INC., a New York Corporation; BURLINGTON COAT FACTORY DIRECT CORPORATION, a Delaware Corporation; ASHLEY STEWART, INC., a New Jersey Corporation; PRIDE & JOYS, INC., a New York Corporation; 618 MAIN CLOTHING CORP., individually and d/b/a "10 Spot" and "Madgra," a New Jersey Corporation; and DOES 1 through 10,

Defendants.

Case No. CV 16-4295-DMG (JEMx)

**AMENDED JUDGMENT**

This matter came before the Court for a jury trial on September 26 through September 28, 2017. [Doc. # 105.] The jury rendered a verdict. [Doc. # 114.] On appeal, the Ninth Circuit affirmed in part and reversed in part, vacated the judgment, and remanded for further proceedings consistent with its opinion. [Doc. # 151.] The Court having resolved the parties' motions relating to clarifying the effect of the Ninth Circuit's ruling,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Desire, LLC, and against Defendants Manna Textiles, Inc., A.B.N., Inc., Top Fashion of N.Y., Inc., Pride & Joys, Inc., and 618 Main Clothing Corp., in the amount of $150,000, to be apportioned as follows:

1. $20,000 against Pride & Joys, Inc., for which Manna Textiles, Inc., shall be jointly and severally liable;
2. $10,000 against 618 Main Clothing Corp., for which Manna Textiles, Inc. shall be jointly and severally liable;
3. $40,000 against Manna Textiles, Inc.;
4. $40,000 against A.B.N., Inc., for which Manna Textiles, Inc. shall be jointly and severally liable; and
5. $40,000 against Top Fashion of N.Y., Inc., for which Manna Textiles, Inc. shall be jointly and severally liable.

Desire LLC is awarded attorneys' fees in the amount of $175,868.83 and costs in the amount of $6,128.37, for a total of $181,997.20, to be apportioned as follows:

1. $24,266.29 against Pride & Joys, Inc., for which Manna Textiles, Inc. shall be jointly and severally liable;
2. $12,133.15 against 618 Main Clothing Corp., for which Manna Textiles, Inc. shall be jointly and severally liable;
3. $48,532.59 against Manna Textiles, Inc.;

4. $48,532.59 against A.B.N., Inc., for which Manna Textiles, Inc. shall be jointly and severally liable; and
5. $48,532.59 against Top Fashion of N.Y., Inc., for which Manna Textiles, Inc. shall be jointly and severally liable.

DATED: March 22, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE